JON M. SANDS
Federal Public Defender
BENJAMIN D. SINGERMAN
Assistant Federal Public Defender
California State Bar No. 242725
Ben_Singerman@fd.org
407 West Congress Street, Suite 501
Tucson, Arizona  85701-1355
Telephone: (520) 879-7500, Fax: (520) 879-7601
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR18-1133-TUC-RCC (DTF) |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE PLEA DEADLINE AND TRIAL DATES** |
| vs. | |
| Angela Christina Hergert, | |
| Defendants. | **(Second Request)** |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7) will occur as a result of this motion or an order based thereon.

Defendant, Angela Christina Hergert, by and through counsel, hereby requests a 60-day continuance of the plea deadline scheduled for March 13, 2020 and trial date scheduled for March 31, 2020.  This request is based on the following:

1. Defense counsel needs additional time to prepare for trial with the exercise of due diligence.

2. The ends of justice will be served by a continuance, and a miscarriage of justice will result if a continuance is denied. 18 U.S.C. §3161(h)(7)(B)(i).

3. Assistant United States Attorney Nathaniel Walters has been contacted and does not oppose this request.

///

///

      RESPECTFULLY SUBMITTED this 12th day of March 2020.

                                      JON M. SANDS
                                      Federal Public Defender

                                      *s/ Benjamin D. Singerman*
                                      BENJAMIN D. SINGERMAN
                                      Attorney for Defendant